Same case below, 325 Fed. Appx. 213.

**No. 10-73. John Palermo, et ux., Petitioners v. Town of North Reading, Massachusetts.**

562 U.S. 892, 131 S. Ct. 280, 178 L. Ed. 2d 141, 2010 U.S. LEXIS 6238.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 370 Fed. Appx. 128.

**No. 10-77. Michael Williamson, Petitioner v. Adventist Health System/ Sunbelt, Inc., et al.**

562 U.S. 892, 131 S. Ct. 284, 178 L. Ed. 2d 141, 2010 U.S. LEXIS 6183.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 372 Fed. Appx. 936.

**No. 10-78. Michelle M. Valencia, Petitioner v. United States.**

562 U.S. 893, 131 S. Ct. 285, 178 L. Ed. 2d 141, 2010 U.S. LEXIS 6171.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 600 F.3d 389.

**No. 10-81. Joe H. Bryant, Jr., Petitioner v. Military Department, Mississippi, et al.**

562 U.S. 893, 131 S. Ct. 287, 178 L. Ed. 2d 141, 2010 U.S. LEXIS 6263.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 597 F.3d 678.

**No. 10-84. Terri Crandall, et al., Petitioners v. City and County of Denver, Colorado, dba Denver International Airport.**

562 U.S. 893, 131 S. Ct. 287, 178 L. Ed. 2d 141, 2010 U.S. LEXIS 6213.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 594 F.3d 1231.

**No. 10-87. Robert M. Mardirosian, Petitioner v. United States.**

562 U.S. 893, 131 S. Ct. 287, 178 L. Ed. 2d 141, 2010 U.S. LEXIS 6145.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 602 F.3d 1.

**No. 10-88. Geographic Expeditions, Inc., Petitioner v. Elena Lhotka, Individually and as Executor, et al.**

562 U.S. 893, 131 S. Ct. 288, 178 L. Ed. 2d 141, 2010 U.S. LEXIS 6305.

October 4, 2010. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

Same case below, 181 Cal. App. 4th 816, 104 Cal. Rptr. 3d 844.